In the Matter of the Application of STANDARD X-RAY COMPANY, Appellant, for a Mandamus Order against GEORGE L. HUBBELL and Others, Constituting the Board of Managers of Meadowbrook Hospital, and Others, Respondents, Directing the Board of Managers Aforesaid and the Board of Supervisors of the County of Nassau to Award to the Petitioner a Contract for the Purchase of Supplies for the Use of the Meadowbrook Hospital.—Appeal from order denying a motion for a peremptory order of mandamus to compel the president and board of managers of the Meadowbrook Hospital and the board of supervisors of the county of Nassau to award a contract to the petitioner, the lowest bidder. Order unanimously affirmed, with fifty dollars costs and disbursements, as a matter of law and not in the exercise of discretion. Without deciding the other questions raised, the court is of the opinion that section 238 of the County Law is not applicable to the purchase of X-ray equipment. (See General Municipal Law, § 129, and County Law, § 48, indicating that equipment is differentiated from supplies.) Present — Lazansky, P. J., Young, Hagarty; Carswell and Scudder, JJ.

ROSE KENNEDY, Respondent, v. ROACH-THOMPSON CORPORATION, Appellant. — In the construction of a sewer, defendant, as plaintiff alleges, negligently excavated in front of plaintiff's premises, causing the house to settle. In an action for damages plaintiff received a verdict for $2,894.30, and judgment was entered in the sum of $3,049.60. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Johnston, JJ.

MARTHA GONZALES LEFFINGWELL, Appellant, v. W. JULE DAY, Respondent.— Order denying motion for an additional allowance under section 1512 of the Civil Practice Act affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.

ANTONIO MARANO, Respondent, v. ANTHONY FISCHETTI, Appellant, and LUCY FISCHETTI [now deceased].— Plaintiff sues for specific performance to compel the execution and delivery to the plaintiff of a bond in the sum of $1,400 and interest, to be secured by a second mortgage on real property. Judgment for plaintiff unanimously affirmed, with costs. No opinion Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.

McNULTY BROS. GARAGES, INC., Respondent, v. CHARLES L. CRAIG, Appellant. — In an action brought to recover for supplies and labor, alleged to have been furnished the defendant, judgment in favor of plaintiff and order denying defendant's motion to preclude plaintiff and granting plaintiff's motion to compel defendant to accept plaintiff's bill of particulars unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

MONTGOMERY N. MILBANK, Respondent, v. CHARLES PALEY and Another, Appellants.—Action to recover for personal injury and property damage sustained by plaintiff as the result of a collision between his automobile and an automobile owned by defendant Paley and operated by defendant Saenger. Judgment in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.